# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| THE FIRST, N.A., ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | |
| ) | CIVIL NO. 2:15-CV-66-DBH |
| P/V *MARGARET TODD* (O.N. ) | |
| 1058675), her engines, tackle, ) | |
| apparel, appurtenances, etc., *in* ) | |
| *rem*, ET AL., ) | |
| ) | |
| **DEFENDANTS** ) | |

## ORDER ON MOTION TO INTERVENE

No objection having been filed, Melanie Steadman's motion to intervene (ECF No. 35) is **GRANTED**. The court notes the plaintiff's assertions in its response to the motion that its claims have priority over those of the movant, but that is a merits issue that will be decided later if the case is not resolved by agreement.

**SO ORDERED.**

**DATED THIS 8TH DAY OF JUNE, 2015**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**