UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ATLANTIC MARINE HOLDINGS, INC., <br><br> PLAINTIFF <br><br> v. <br><br> P/V *MARGARET TODD* (O.N. 1058675), her engines, tackle, apparel, appurtenances, etc., *in rem*, ET AL., <br><br> DEFENDANTS | CIVIL NO. 2:15-CV-66-DBH |

ORDER ON MOTION TO DISMISS

On July 29, 2015, the plaintiff Atlantic Marine Holdings, Inc. moved to dismiss its claims without prejudice under Fed. R. Civ. P. 41(a)(2). Mot. to Dismiss (July 29, 2015) (ECF No. 49). The time for objections has passed and only one "Limited Objection" was filed, namely, by the Allen Agency. Limited Objection on the Allen Agency Mot. to Dismiss (Aug. 17, 2015) (ECF No. 50). That objection disagreed with certain legal conclusions that the plaintiff's motion seemed to state. Id.

At this time, I **DISMISS AS MOOT** the *in rem* claims without prejudice; and I **DISMISS** the *in personam* claims without prejudice and without costs, and I direct that Atlantic Marine Holdings, Inc. be dismissed from this action without prejudice and without costs. In doing so, I express no opinion on the proposition

of law that the Allen Agency finds objectionable in the plaintiff's assertions in its motion to dismiss.

**SO ORDERED.**

**DATED THIS 25TH DAY OF AUGUST, 2015**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**