# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

# FEBRUARY 2016 CIVIL TRIAL LIST

This list contains both Bangor and Portland civil cases that will be scheduled for trial during the month of February, 2016. Counsel are advised to review this information carefully.

## Jury Selection

- Jury selection in Portland cases is scheduled for February 1, 2016 at 9:00 a.m.

- Jury selection in Bangor cases is scheduled for February 2, 2016 at 9:00 a.m.

## Final Pretrial Conferences

Final pretrial conferences have been scheduled before the Magistrate Judge or District Judge designated on the trial list. Final pretrial memoranda shall be filed one week prior to the scheduled conference.

## Juror Questionnaires

Jurors summoned for selection are required to complete a questionnaire containing questions that will not be asked during jury impanelment. These questionnaires will be available in CM/ECF seven (7) days prior to selection and counsel are to review those questionnaires prior to selection. Only those questionnaires that are not available in CM/ECF will be available for review on the day of jury selection. Counsel of record will be provided access to these documents through the date of jury selection, after which the questionnaires will not be available for review.

## Motions for Continuance

Any motion for a continuation of trial and motions for protection from trial shall be filed by December 31, 2015. Motions filed thereafter will be considered by the Court only on a basis of cause for continuation.

## Discovery Deadlines

Absent some excusable circumstance, discovery initiatives must be initiated sufficiently in advance of the discovery deadline to permit the opposing party to file, in advance of the discovery deadline, its appropriate response within the period allowed by the civil rules for such purpose.

> A Summary of First Circuit Authority Concerning Opening Statements and Closing Arguments and the most recent Maine Local Rules can be found on the District Court's Internet Home Page at www.med.uscourts.gov.

**PORTLAND**

| | | |
|---|---|---|
| 1) | SUSAN E. DESCHAMBAULT   v.<br>Civil No. 2:14-cv-432-DBH<br>(Jury)<br><br>Guy D. Loranger, Esq.<br>Danielle M. Campbell, Esq.<br><br><br>Final Pretrial Conference scheduled for January 7, 2016 at 11:00 a.m. before U.S. Magistrate Judge John H. Rich III. | UBS FINANCIAL SERVICES INC<br><br><br><br>Francis X. Dee, Esq.<br>John P. Belardo, Esq. | |
| 2) | ACADIA INSURANCE COMPANY v. FLUID MANAGEMENT INC<br>Civil No. 2:15-cv-08-JAW<br>(Jury)<br><br>Jonathan W. Brogan, Esq.         Frederick C. Moore, Esq.<br>Michael J. Hopkins, Esq.<br><br>Final Pretrial Conference scheduled for January 6, 2016 at 3:00 p.m. before U.S. Magistrate Judge John H. Rich III. | | |
| 3) | USA for the use and benefit of AHA INT/EXTERIOR CONTRACTING v. DIVIRSUS LLC<br>Civil No. 2:15-cv-14-JAW<br>(Bench)<br><br>Matthew W. Howell, Esq.         Kelly W. McDonald, Esq.<br><br>Final Pretrial Conference scheduled for January 6, 2016 at 4:00 p.m. before U.S. Magistrate Judge John H. Rich III. | | |
| 4) | PAMELA WALKER               v.      LAW OFFICES OF HOWARD LEE SCHIFF PC<br>Civil No. 2:15-cv-59-NT<br>(Jury)<br><br>James A. Clifford, Esq.         Eric J. Uhl, Esq.<br>                                             Melinda J. Caterine, Esq.<br><br>Final Pretrial Conference scheduled for January 7, 2016 at 10:00 a.m. before U.S. Magistrate Judge John H. Rich III. | | |

| | |
|---|---|
| 5) | ATLANTIC MARINE HOLDINGS INC v. P/V MARGARET TODD, et al.<br>Civil No. 2:15-cv-66-DBH<br>(Bench)<br><br>Jacob A. Manheimer, Esq.          William H. Welte, Esq.<br>Timothy E. Steigelman, Esq.      Seth S. Holbrook, Esq.<br>U. Charles Remmel, II, Esq.       Melanie Steadman, Pro Se<br><br>Final Pretrial Conference scheduled for January 11, 2016 at 9:30 a.m. before U.S. Magistrate Judge John H. Rich III. |

**BANGOR**

| | | | |
|---|---|---|---|
| 1) | ESTATE OF COLLEEN BRISSETTE<br>Civil No. 1:13-cv-447-GZS<br>(Jury)<br><br>Guy D. Loranger, Esq.<br><br><br><br>Final Pretrial Conference scheduled for January 4, 2016 at 9:00 a.m. before U.S. Magistrate Judge John C. Nivison. | v. | FRIENDLY'S ICE CREAM LLC<br><br><br>Christopher T. Vrountas, Esq.<br>Seth D. Harrow, Esq.<br>Allison C. Ayer, Esq. |
| 2) | WILLIAM P. SADULSKY, et al.<br>Civil No. 1:14-cv-01-GZS<br>(Jury)<br><br>Eugene M. Sullivan, Jr., Esq.<br>Joseph Baldacci, Esq.<br><br>Final Pretrial Conference scheduled for January 6, 2016 at 10:00 a.m. before U.S. Magistrate Judge John H. Rich III. | v. | TOWN OF WINSLOW, et al.<br><br><br>Edward R. Benjamin, Jr., Esq.<br>Jeana M. McCormick, Esq. |
| 3) | RONALD BOUCHARD<br>Civil No. 1:14-cv-236-NT<br>(Jury)<br><br>Charles E. Gilbert, III, Esq.<br>Julie D. Farr, Esq.<br><br>Final Pretrial Conference scheduled for January 4, 2016 at 10:00 a.m. before U.S. Magistrate Judge John C. Nivison. | v. | GENERAL ELECTRIC COMPANY<br><br><br>Bernard J. Kubetz, Esq.<br>Kristin Glennan McGurn, Esq. |
| 4) | USA for the use and benefit of N.S. GILES FOUNDATIONS, INC. v.<br>LEXON INSURANCE COMPANY<br>Civil No. 1:14-cv-497-DBH<br>(Bench)<br><br>Brian P. Molloy, Esq.<br>Steven T. Blackwell, Esq.<br><br>Final Pretrial Conference scheduled for January 4, 2016 at 11:00 a.m. before U.S. Magistrate Judge John C. Nivison. | | Jon S. Oxman, Esq.<br>Sonia J. Buck, Esq. |

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**ELECTRONIC EVIDENCE PRESENTATION**

The U.S. District Court for the District of Maine offers audio/visual equipment for use during hearings and trials.  While each courtroom accommodates a different configuration of audio/visual equipment, they each accommodate the use of the Electronic Evidence Presenter (EEP).  **Counsel must reserve the equipment well in advance of trial**.

The EEP consists of a digital document camera, a video cassette or digital video disk (DVD) player, and a projector.  Images of exhibits are displayed using the digital document camera, which permits the judge, attorneys, witnesses and jury to view the images simultaneously.  Using this equipment, the operator can zoom in on the most critical area of the exhibit in detail.

The EEP also allows attorneys to connect a laptop for presentation of evidence using PowerPoint or other presentation software.  Attorneys MUST provide their own technical assistance in preparing the laptop evidence presentation.  The Court will not troubleshoot compatibility problems for attorneys using the EEP.

**Attorneys who wish to use courtroom audio or visual equipment at a trial or hearing are required to understand and be prepared to operate the equipment.**

**Attorneys who plan to use their own electronic equipment (such as laptops) at a hearing or trial must schedule time well in advance to practice and to test their equipment's compatibility with a courtroom's system.**

Practice time should be scheduled with the Information Technology (IT) staff listed below for a date not less than two weeks prior to a hearing or trial.

The Court may deny the use of audio/visual equipment during a hearing or trial to attorneys who have failed to attend a practice session to confirm their equipment's compatibility with the court's system.

For Reservations Contact:

- Bangor:      Don Marshall at (207) 945-0575 ext. 6424
- Portland     Kevin Martel at (207) 780-3356 ext. 5124