# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| ATLANTIC MARINE HOLDINGS, INC., )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>P/V *MARGARET TODD* (O.N. 1058675), her engines, tackle, apparel, appurtenances, etc., *in rem*, ET AL., )<br>)<br>)<br>)<br>)<br>DEFENDANTS ) | CIVIL NO. 2:15-CV-66-DBH |

## ORDER DISMISSING INTERVENOR MELANIE STEADMAN

On January 5, 2016, this court issued an Order to Show Cause ordering the Intervenor Melanie Steadman to "show good cause in writing no later than January 19, 2016 why she should not be dismissed from this action for failure to file a Final Pretrial Memorandum." (ECF No. 61).  No filing from Ms. Steadman has been received.

The court notes that on January 8, 2016, the U.S. Post Office returned as "not deliverable as addressed; unable to forward," the February 2016 Civil Trial List mailed to Ms. Steadman on December 14, 2015.

Therefore, the Intervenor Melanie Steadman is **DISMISSED** from this action.  See Local Rule 41.1(b).

**SO ORDERED.**

**DATED THIS 21ST DAY OF JANUARY, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**