## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| THE FIRST, N.A. ) | |
|     Plaintiff, ) | CIVIL ACTION NO.: |
| ) | 2:15 -cv -00066-DBH |
| v. ) | IN ADMIRALTY |
| ) | |
| P/V MARGARET TODD (O.N. 1058675), ) | |
| her engines, tackle, apparel, appurtenances, ) | |
| etc., *in rem*, P/V PATIENCE (O.N. 646537), her ) | |
| engines, tackle, apparel, appurtenances, etc., ) | |
| *in rem*, P/V POLLY-LIN II (O.N. 512323), her ) | |
| engines, tackle, apparel, appurtenances, etc., ) | |
| *in rem*, P/V ISLAND QUEEN (O.N. 292024), her ) | |
| engines, tackle, apparel, appurtenances, etc., ) | |
| *in rem,,* P/V FISH HAWK (O.N. 254992), her ) | |
| engines, tackle, apparel, appurtenances, etc., ) | |
| *in rem*, P/V SCHOODIC LION (O.N. 506304), ) | |
| her engines, tackle, apparel, appurtenances, etc., ) | |
| *in rem*, P/V CHRISSY (O.N. 1058205), her ) | |
| engines, tackle, apparel, appurtenances, etc., ) | |
| *in rem*, P/V SEGUIN (O.N. 252726), her engines, ) | |
| tackle, apparel, appurtenances, etc., *in rem*, ) | |
| P/V SUTTON (O.N. 1194637), her engines, ) | |
| tackle, apparel, appurtenances, etc., *in rem*, ) | |
| P/V QUODDY DAM (O.N. 508529), her engines, ) | |
| tackle, apparel, appurtenances, etc., *in rem*, ) | |
| P/V SYLVINA W. BEAL (O.N. 208896), her ) | |
| engines, tackle, apparel, appurtenances, etc., ) | |
| *in rem*, P/V SEBAGO (O.N. 296322), her engines,) | |
| tackle, apparel, appurtenances, etc., *in rem*, ) | |
| P/V SCHOODIC (O.N. 255436), her engines, ) | |
| tackle, apparel, appurtenances, etc., *in rem*, ) | |
| STEVEN F. PAGELS, *in personam*, ) | |
| DOWNEAST WINDHAMMERS CRUISE ) | |
| LINES LLC, *in personam*. ) | |
|     Defendants. ) | |
| ) | |

## <u>ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE CLOSING DOCUMENTS AND CONCLUDE SETTLEMENT</u>

NOW COMES Hyannis Harbor Tours, Inc. in the above entitled action, and respectfully moves this Honorable Court to extend the time in which to file the closing documents and conclude settlement up to, and including, March 23, 2016.

In support of this motion, Hyannis Harbor Tours, Inc. states that this matter has been reported settled to the Court.  On January 22, 2016, the Court issued a Procedural Order Regarding Settlement, requiring the parties to file a Stipulation of Dismissal by February 22, 2016.  The parties respectfully state that they require additional time to file the closing documents and to conclude settlement.  Significantly, the defendant Steven F. Pagels is a pro se party.

This motion is assented to and no prejudice will incur to any party by the Court granting the requested relief.  This matter is in the interest of justice and is not interposed for delay.

WHEREFORE, Hyannis Harbor Tours, Inc. prays that the time in which to file closing documents and conclude settlement be extended up to, and including, March 23, 2016.

Dated this 19th day of February, 2016.

                                                      Hyannis Harbor Tours, Inc.,
                                                      By its attorney,

Assented to:                                         /s/ Seth S. Holbrook
                                                      Seth S. Holbrook, ME Bar No. 2968
/s/ Steven F. Pagels                         HOLBROOK & MURPHY
Steven F. Pagels                             238-240 Lewis Wharf
                                                      Boston, MA 02110
                                                      (617) 428-1151
                                                      holbrook_murphy@msn.com
                                                      sholbrook@holbrookmurphy.com

                                                      /s/Robert J. Murphy
                                                      Robert J. Murphy
                                                      Admitted Pro Hac Vice

## Certificate of Service

     I hereby certify that on February 19, 2016 I electronically filed the Assented To Motion for Extension of Time to File Closing Documents and Conclude Settlement with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties listed on the electronic service list within the CM/ECF system.  I hereby certify that on February 19, 2016, a copy of this filing was served by first class mail upon Intervenor and Claimant Melanie Steadman.

                                           /s/ Seth S. Holbrook
                                           Seth S. Holbrook, ME Bar No. 2968
                                           HOLBROOK & MURPHY
                                           238-240 Lewis Wharf
                                           Boston, MA 02110
                                           (617) 428-1151
                                           holbrook_murphy@msn.com
                                           sholbrook@holbrookmurphy.com